**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CHAN KWOK SHING, Individually and on Behalf of All Others Similarly Situated, | : : : | Case No. 2:25-cv-763-JS-ARL |
| Plaintiff, | : : : | |
| vs. | : : : | CLASS ACTION |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | : : : : | |
| Defendants. | : : : | |
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT Individually and on Behalf of All Others Similarly Situated, | : : : : : : | Case No. 2:25-cv-1807-HG |
| Plaintiff, | : : : | |
| v. | : : : | CLASS ACTION |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | : : : : | |
| Defendants. | : : : | |

**NOTICE OF MOTION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, at the United States District Court for the Eastern District of New York, the Public Employees' Retirement System of Mississippi ("MPERS") will respectfully move this Court for entry of an Order, pursuant to Federal Rule of Civil Procedure 42(a) and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private

Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating of the above-captioned cases; (2) appointing MPERS as Lead Plaintiff in the above-captioned action; (3) approving MPERS's selection of Barrack, Rodos & Bacine to serve as Lead Counsel for the Class; and (4) for any such further relief as the Court may deem just and proper.

This Notice of Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Michael A. Toomey filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

Dated:  New York, New York
       April 11, 2025

Respectfully submitted,

**BARRACK, RODOS & BACINE**

BY:   /s/ *Michael Toomey*
    Michael A. Toomey
    11 Times Square
    640 Eighth Avenue, 10th Floor
    New York, NY 10036
    Telephone:  212.688.0782
    Facsimile:  212.688.0783

and

**BARRACK, RODOS & BACINE**
Jeffrey A. Barrack
Danielle M. Weiss
Andrew J. Heo
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone:  (215) 963-0600
Facsimile:  (215) 963-0838

*Attorneys for Public Employees'*
*Retirement System of Mississippi and*
*Proposed Lead Counsel for the Class*

2