**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CHAN KWOK SHING, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 2:25-cv-763-JS-ARL |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CLASS ACTION |
| | : | |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 2:25-cv-1807-HG |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CLASS ACTION |
| | : | |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | : | |
| | : | |
| Defendants. | : | |

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AS LEAD PLAINTIFF AND APPROVING OF ITS SELECTION OF LEAD COUNSEL**

Upon consideration of: (1) the motion of the Public Employees' Retirement System of Mississippi ("MPERS") for consolidation, appointment as Lead Plaintiff and approval of its selection of Lead Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Michael A. Toomey; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.    MPERS's Motion is **GRANTED**.

2.    The above actions are hereby **CONSOLIDATED** pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  Any subsequently filed or transferred actions on behalf of the purchasers of the securities of ICON plc that are related to the claims asserted in these cases, are hereby consolidated for all purposes.  The action shall be captioned "In re: ICON plc Securities Litigation" and maintained under Civil Action No. 2:25-cv-763 as the Master File;

3.    MPERS is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

4.    MPERS's selection of Lead Counsel is **APPROVED**, and Barrack, Rodos & Bacine is **APPOINTED** as Lead Counsel for the Class.

**IT IS SO ORDERED**.

Dated: _____, 2025

_____

UNITED STATES DISTRICT JUDGE

2