UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHAN KWOK SHING, Individually and on Behalf of All Others Similarly Situated, | : : : | Case No. 2:25-cv-763-JS-ARL |
| Plaintiff, | : : | |
| vs. | : : | CLASS ACTION |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | : : : | |
| Defendants. | : : | |
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT Individually and on Behalf of All Others Similarly Situated, | : : : : : | Case No. 2:25-cv-1807-HG |
| Plaintiff, | : : | |
| v. | : : | CLASS ACTION |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | : : : | |
| Defendants. | : : | |

**DECLARATION OF MICHAEL A. TOOMEY IN SUPPORT
OF THE PUBLIC EMPLOYEES' RETIREMENT
SYSTEM OF MISSISSIPPI'S MOTION FOR CONSOLIDATION, APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Michael A. Toomey, declare as follows:

1. I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Barrack, Rodos & Bacine. I submit this declaration in support of the motion filed by the Public Employees' Retirement System of Mississippi ("MPERS") for: (1) consolidation of the above-captioned cases; (2) appointment as lead

plaintiff; (4) approval of its selection of Barrack, Rodos & Bacine to serve as lead counsel for the Class; and (5) any such further relief as the Court may deem just and proper.

2. Attached as Exhibits A through D are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT 1: | Certification of Tricia L. Beale, Deputy Director and Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi |
| EXHIBIT 2: | FIFO and LIFO Loss Charts of MPERS |
| EXHIBIT 3: | Notice of Pendency of *Shing v. ICON plc, et al.*, No. 25-cv-763 (E.D.N.Y. filed February 10, 2025) |
| EXHIBIT 4: | Firm Biography of Barrack, Rodos & Bacine |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of April 2025.

/s/   *Michael Toomey*<br>
Michael A. Toomey