# Exhibit 1

## CERTIFICATION

I, Tricia L. Beale, on behalf of the Public Employees' Retirement System of Mississippi ("MPERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Deputy Director and Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi. I am fully authorized to enter into and execute this Certification on behalf of MPERS. I have reviewed a complaint filed in this matter alleging violations of federal securities laws.

2. MPERS did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. MPERS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. MPERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. MPERS's transactions in the ICON securities that are the subject of this action are set forth in the chart attached hereto as Exhibit A.

5. MPERS has been appointed to serve as a representative party in the following class actions filed under the federal securities laws during the three years prior to the date of this Certification:

   - *Sun v. TAL Education Group*, 22-cv-1015 (S.D.N.Y.);
   - *City of Miami Fire Firefighters' and Police Officers' Retirement Trust v. Cerence Inc.*, 22-cv-10321 (D. Mass);
   - *City of Warwick Retirement System v. Catalent, Inc., et al.*, 3:23-cv-01108 (D.N.J.);
   - *In re Seagate Technology Holdings Plc Securities Litigation*, 23-cv-03431-VC (N.D. Cal.)

6. MPERS has sought to serve as a representative party, but has not been appointed, in the following class actions filed under the federal securities laws during the three years prior to the date of this Certification:

   - *Cupat v. Palantir Technologies Inc.*, 22-cv-2384 (D. Colo.);
   - *Collinsville Police Pension Board on Behalf of the Collinsville Police Pension Fund v. Discovery, Inc.*, No. 22-cv-8171 (S.D.N.Y.);
   - *Schaeffer v. Signature Bank et al.*, No. 23-CV-1921-FB-JRC (E.D.N.Y.);
   - *Kempen International Funds (Kempen International Funds - MercLin Global Equity) et al v. Syneos Health, Inc. et al.*, 1:23-cv-08848-AS (S.D.N.Y.);

- *In re Crowdstrike Holdings, Inc. Securities Litigation*, 1:24cv857 (WDTX); and
- *Averza v. Super Micro Computer, Inc. et al.*, 5:24-cv-06147-EJD (N.D. Cal.)

7. MPERS will not accept any payment for serving as a representative party on behalf of the Class beyond MPERS's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of April, 2025.

**Public Employees' Retirement System of Mississippi**

By: _____
Tricia L. Beale
*Deputy Director and Special Assistant Attorney General of the Mississippi Attorney General's Office*

# EXHIBIT A

**Exhibit A- Transactions**

| DATE | TRANSACTION | QUANTITY | PRICE |
|---|---|---|---|
| 9/15/2023 | BUY | 1,500 | 262.5751 |
| 9/15/2023 | BUY | 200 | 261.953 |
| 9/18/2023 | BUY | 700 | 263.4911 |
| 9/18/2023 | BUY | 600 | 262.8371 |
| 9/18/2023 | BUY | 500 | 263.4624 |
| 9/19/2023 | BUY | 800 | 263.3943 |
| 9/19/2023 | BUY | 500 | 262.8808 |
| 9/20/2023 | BUY | 900 | 263.4167 |
| 9/20/2023 | BUY | 400 | 261.8345 |
| 9/20/2023 | BUY | 100 | 264.19 |
| 9/21/2023 | BUY | 800 | 251.1258 |
| 9/21/2023 | BUY | 700 | 254.5606 |
| 9/21/2023 | BUY | 600 | 251.9536 |
| 9/21/2023 | BUY | 100 | 255.095 |
| 9/22/2023 | BUY | 600 | 250.7043 |
| 9/22/2023 | BUY | 200 | 250.5931 |
| 9/25/2023 | BUY | 1,200 | 251.0614 |
| 9/26/2023 | BUY | 300 | 248.2794 |
| 9/27/2023 | BUY | 600 | 247.0915 |
| 9/27/2023 | BUY | 500 | 246.645 |
| 9/28/2023 | BUY | 500 | 248.0716 |
| 9/28/2023 | BUY | 300 | 246.754 |
| 9/28/2023 | BUY | 200 | 247.4892 |
| 9/29/2023 | BUY | 500 | 246.7975 |
| 9/29/2023 | BUY | 100 | 246.25 |
| 10/2/2023 | BUY | 300 | 242.8716 |
| 10/2/2023 | BUY | 100 | 241.96 |
| 10/10/2023 | BUY | 500 | 239.5869 |
| 10/10/2023 | BUY | 500 | 241.3149 |
| 10/13/2023 | BUY | 500 | 246.3731 |
| 10/16/2023 | BUY | 600 | 245.4551 |
| 10/18/2023 | BUY | 800 | 229.0387 |
| 10/25/2023 | BUY | 600 | 225.8433 |
| 10/25/2023 | BUY | 200 | 227.1732 |
| 10/26/2023 | BUY | 600 | 239.4992 |
| 10/26/2023 | BUY | 100 | 240.8424 |
| 11/3/2023 | BUY | 800 | 260.3265 |
| 11/6/2023 | BUY | 600 | 258.5933 |
| 11/7/2023 | BUY | 700 | 259.5902 |
| 1/19/2024 | BUY | 600 | 254.6637 |
| 1/19/2024 | BUY | 600 | 257.4555 |
| 1/19/2024 | BUY | 100 | 255.095 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 1/22/2024 | BUY | 1,000 | 265.0258 |
| 1/22/2024 | BUY | 100 | 265.23 |
| 2/20/2024 | SELL | 1,800 | 284.6452 |
| 7/30/2024 | BUY | 700 | 332.0204 |
| 7/31/2024 | BUY | 300 | 334.9826 |
| 7/31/2024 | BUY | 200 | 331.9939 |
| 9/9/2024 | BUY | 500 | 297.9488 |
| 9/9/2024 | BUY | 200 | 297.6864 |
| 9/10/2024 | BUY | 700 | 281.9807 |
| 9/10/2024 | BUY | 500 | 283.7828 |
| 9/17/2024 | BUY | 800 | 295.9804 |
| 9/17/2024 | BUY | 400 | 298.8706 |
| 9/24/2024 | BUY | 1,200 | 296.5351 |
| 9/25/2024 | BUY | 900 | 285.2097 |
| 9/25/2024 | BUY | 600 | 287.0256 |
| 9/25/2024 | BUY | 300 | 291.833 |
| 11/21/2024 | SELL | 1,300 | 212.7891 |
| 11/21/2024 | SELL | 400 | 212.76 |
| 11/21/2024 | SELL | 200 | 211.9951 |
| 11/22/2024 | SELL | 300 | 217.6817 |
| 11/22/2024 | SELL | 300 | 217.75 |
| 11/22/2024 | SELL | 200 | 215.8397 |
| 11/25/2024 | SELL | 300 | 217.2356 |
| 11/25/2024 | SELL | 200 | 217.555 |
| 11/26/2024 | SELL | 300 | 211.4867 |
| 11/26/2024 | SELL | 100 | 212.35 |