# Exhibit 2

Public Employees' Retirement System of Mississippi
ICON plc
Class Period: 07/27/2023 through 01/13/2025
**Loss Chart—FIFO**

| | PURCHASES/ACQUISITIONS | | | | SALES/DISPOSITIONS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DATE | SHARES | PRICE/SH | COST | DATE | SHARES | PRICE/SH | AMOUNT | PROFIT(LOSS) | NOTES |
| 9/15/2023 | 1,500 | 262.5751 | 393,863 | 2/20/2024 | 1,500 | 284.6452 | 426,968 | 33,105 | |
| 9/15/2023 | 200 | 261.953 | 52,391 | 2/20/2024 | 200 | 284.6452 | 56,929 | 4,538 | |
| 9/18/2023 | 100 | 263.4911 | 26,349 | 2/20/2024 | 100 | 284.6452 | 28,465 | 2,115 | |
| 9/18/2023 | 600 | 263.4911 | 158,095 | 11/21/2024 | 600 | 212.7891 | 127,673 | (30,421) | |
| 9/18/2023 | 600 | 262.8371 | 157,702 | 11/21/2024 | 600 | 212.7891 | 127,673 | (30,029) | |
| 9/18/2023 | 100 | 263.4624 | 26,346 | 11/21/2024 | 100 | 212.7891 | 21,279 | (5,067) | |
| 9/18/2023 | 400 | 263.4624 | 105,385 | 11/21/2024 | 400 | 212.76 | 85,104 | (20,281) | |
| 9/19/2023 | 200 | 263.3943 | 52,679 | 11/21/2024 | 200 | 211.9951 | 42,399 | (10,280) | |
| 9/19/2023 | 300 | 263.3943 | 79,018 | 11/22/2024 | 300 | 217.6817 | 65,305 | (13,714) | |
| 9/19/2023 | 300 | 263.3943 | 79,018 | 11/22/2024 | 300 | 217.75 | 65,325 | (13,693) | |
| 9/19/2023 | 200 | 262.8808 | 52,576 | 11/22/2024 | 200 | 215.8397 | 43,168 | (9,408) | |
| 9/19/2023 | 300 | 262.8808 | 78,864 | 11/25/2024 | 300 | 217.2356 | 65,171 | (13,694) | |
| 9/20/2023 | 200 | 263.4167 | 52,683 | 11/25/2024 | 200 | 217.555 | 43,511 | (9,172) | |
| 9/20/2023 | 300 | 263.4167 | 79,025 | 11/26/2024 | 300 | 211.4867 | 63,446 | (15,579) | |
| 9/20/2023 | 100 | 263.4167 | 26,342 | 11/26/2024 | 100 | 212.35 | 21,235 | (5,107) | |
| 9/20/2023 | 300 | 263.4167 | 79,025 | Retained | 300 | 189.4461 | 56,834 | (22,191) | |
| 9/20/2023 | 400 | 261.8345 | 104,734 | Retained | 400 | 189.4461 | 75,778 | (28,955) | |
| 9/20/2023 | 100 | 264.19 | 26,419 | Retained | 100 | 189.4461 | 18,945 | (7,474) | |
| 9/21/2023 | 800 | 251.1258 | 200,901 | Retained | 800 | 189.4461 | 151,557 | (49,344) | |
| 9/21/2023 | 700 | 254.5606 | 178,192 | Retained | 700 | 189.4461 | 132,612 | (45,580) | |
| 9/21/2023 | 600 | 251.9536 | 151,172 | Retained | 600 | 189.4461 | 113,668 | (37,505) | |
| 9/21/2023 | 100 | 255.095 | 25,510 | Retained | 100 | 189.4461 | 18,945 | (6,565) | |
| 9/22/2023 | 600 | 250.7043 | 150,423 | Retained | 600 | 189.4461 | 113,668 | (36,755) | |
| 9/22/2023 | 200 | 250.5931 | 50,119 | Retained | 200 | 189.4461 | 37,889 | (12,229) | |
| 9/25/2023 | 1,200 | 251.0614 | 301,274 | Retained | 1,200 | 189.4461 | 227,335 | (73,938) | |
| 9/26/2023 | 300 | 248.2794 | 74,484 | Retained | 300 | 189.4461 | 56,834 | (17,650) | |
| 9/27/2023 | 600 | 247.0915 | 148,255 | Retained | 600 | 189.4461 | 113,668 | (34,587) | |
| 9/27/2023 | 500 | 246.645 | 123,323 | Retained | 500 | 189.4461 | 94,723 | (28,599) | |
| 9/28/2023 | 500 | 248.0716 | 124,036 | Retained | 500 | 189.4461 | 94,723 | (29,313) | |
| 9/28/2023 | 300 | 246.754 | 74,026 | Retained | 300 | 189.4461 | 56,834 | (17,192) | |
| 9/28/2023 | 200 | 247.4892 | 49,498 | Retained | 200 | 189.4461 | 37,889 | (11,609) | |
| 9/29/2023 | 500 | 246.7975 | 123,399 | Retained | 500 | 189.4461 | 94,723 | (28,676) | |
| 9/29/2023 | 100 | 246.25 | 24,625 | Retained | 100 | 189.4461 | 18,945 | (5,680) | |
| 10/2/2023 | 300 | 242.8716 | 72,861 | Retained | 300 | 189.4461 | 56,834 | (16,028) | |
| 10/2/2023 | 100 | 241.96 | 24,196 | Retained | 100 | 189.4461 | 18,945 | (5,251) | |
| 10/10/2023 | 500 | 239.5869 | 119,793 | Retained | 500 | 189.4461 | 94,723 | (25,070) | |
| 10/10/2023 | 500 | 241.3149 | 120,657 | Retained | 500 | 189.4461 | 94,723 | (25,934) | |
| 10/13/2023 | 500 | 246.3731 | 123,187 | Retained | 500 | 189.4461 | 94,723 | (28,464) | |
| 10/16/2023 | 600 | 245.4551 | 147,273 | Retained | 600 | 189.4461 | 113,668 | (33,605) | |
| 10/18/2023 | 800 | 229.0387 | 183,231 | Retained | 800 | 189.4461 | 151,557 | (31,674) | |
| 10/25/2023 | 600 | 225.8433 | 135,506 | Retained | 600 | 189.4461 | 113,668 | (21,838) | |
| 10/25/2023 | 200 | 227.1732 | 45,435 | Retained | 200 | 189.4461 | 37,889 | (7,545) | |
| 10/26/2023 | 600 | 239.4992 | 143,700 | Retained | 600 | 189.4461 | 113,668 | (30,032) | |
| 10/26/2023 | 100 | 240.8424 | 24,084 | Retained | 100 | 189.4461 | 18,945 | (5,140) | |
| 11/3/2023 | 800 | 260.3265 | 208,261 | Retained | 800 | 189.4461 | 151,557 | (56,704) | |
| 11/6/2023 | 600 | 258.5933 | 155,156 | Retained | 600 | 189.4461 | 113,668 | (41,488) | |
| 11/7/2023 | 700 | 259.5902 | 181,713 | Retained | 700 | 189.4461 | 132,612 | (49,101) | |
| 1/19/2024 | 600 | 254.6637 | 152,798 | Retained | 600 | 189.4461 | 113,668 | (39,131) | |
| 1/19/2024 | 600 | 257.4555 | 154,473 | Retained | 600 | 189.4461 | 113,668 | (40,806) | |
| 1/19/2024 | 100 | 255.095 | 25,510 | Retained | 100 | 189.4461 | 18,945 | (6,565) | |
| 1/22/2024 | 1,000 | 265.0258 | 265,026 | Retained | 1,000 | 189.4461 | 189,446 | (75,580) | |
| 1/22/2024 | 100 | 265.23 | 26,523 | Retained | 100 | 189.4461 | 18,945 | (7,578) | |
| 7/30/2024 | 700 | 332.0204 | 232,414 | Retained | 700 | 189.4461 | 132,612 | (99,802) | |
| 7/31/2024 | 300 | 334.9826 | 100,495 | Retained | 300 | 189.4461 | 56,834 | (43,661) | |
| 7/31/2024 | 200 | 331.9939 | 66,399 | Retained | 200 | 189.4461 | 37,889 | (28,510) | |
| 9/9/2024 | 500 | 297.9488 | 148,974 | Retained | 500 | 189.4461 | 94,723 | (54,251) | |
| 9/9/2024 | 200 | 297.6864 | 59,537 | Retained | 200 | 189.4461 | 37,889 | (21,648) | |
| 9/10/2024 | 700 | 281.9807 | 197,386 | Retained | 700 | 189.4461 | 132,612 | (64,774) | |
| 9/10/2024 | 500 | 283.7828 | 141,891 | Retained | 500 | 189.4461 | 94,723 | (47,168) | |
| 9/17/2024 | 800 | 295.9804 | 236,784 | Retained | 800 | 189.4461 | 151,557 | (85,227) | |
| 9/17/2024 | 400 | 298.8706 | 119,548 | Retained | 400 | 189.4461 | 75,778 | (43,770) | |
| 9/24/2024 | 1,200 | 296.5351 | 355,842 | Retained | 1,200 | 189.4461 | 227,335 | (128,507) | |
| 9/25/2024 | 900 | 285.2097 | 256,689 | Retained | 900 | 189.4461 | 170,501 | (86,187) | |
| 9/25/2024 | 600 | 287.0256 | 172,215 | Retained | 600 | 189.4461 | 113,668 | (58,548) | |
| 9/25/2024 | 300 | 291.833 | 87,550 | Retained | 300 | 189.4461 | 56,834 | (30,716) | |
| | 30,000 | | 7,914,858 | | 30,000 | | 5,944,024 | (1,970,834) | |

**Grand Total:   (1,970,834)**

Public Employees' Retirement System of Mississippi
ICON plc
Class Period: 07/27/2023 through 01/13/2025
**Loss Chart—LIFO**

| PURCHASES/ACQUISITIONS | | | | SALES/DISPOSITIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | SHARES | PRICE/SH | COST | DATE | SHARES | PRICE/SH | AMOUNT | PROFIT(LOSS) | NOTES |
| 1/22/2024 | 100 | 265.23 | 26,523 | 2/20/2024 | 100 | 284.6452 | 28,465 | 1,942 | |
| 1/22/2024 | 1,000 | 265.0258 | 265,026 | 2/20/2024 | 1,000 | 284.6452 | 284,645 | 19,619 | |
| 1/19/2024 | 100 | 255.095 | 25,510 | 2/20/2024 | 100 | 284.6452 | 28,465 | 2,955 | |
| 1/19/2024 | 600 | 257.4555 | 154,473 | 2/20/2024 | 600 | 284.6452 | 170,787 | 16,314 | |
| 9/25/2024 | 300 | 291.833 | 87,550 | 11/21/2024 | 300 | 212.7891 | 63,837 | (23,713) | |
| 9/25/2024 | 600 | 287.0256 | 172,215 | 11/21/2024 | 600 | 212.7891 | 127,673 | (44,542) | |
| 9/25/2024 | 400 | 285.2097 | 114,084 | 11/21/2024 | 400 | 212.7891 | 85,116 | (28,968) | |
| 9/25/2024 | 400 | 285.2097 | 114,084 | 11/21/2024 | 400 | 212.76 | 85,104 | (28,980) | |
| 9/25/2024 | 100 | 285.2097 | 28,521 | 11/21/2024 | 100 | 211.9951 | 21,200 | (7,321) | |
| 9/24/2024 | 100 | 296.5351 | 29,654 | 11/21/2024 | 100 | 211.9951 | 21,200 | (8,454) | |
| 9/24/2024 | 300 | 296.5351 | 88,961 | 11/22/2024 | 300 | 217.6817 | 65,305 | (23,656) | |
| 9/24/2024 | 300 | 296.5351 | 88,961 | 11/22/2024 | 300 | 217.75 | 65,325 | (23,636) | |
| 9/24/2024 | 200 | 296.5351 | 59,307 | 11/22/2024 | 200 | 215.8397 | 43,168 | (16,139) | |
| 9/24/2024 | 300 | 296.5351 | 88,961 | 11/25/2024 | 300 | 217.2356 | 65,171 | (23,790) | |
| 9/17/2024 | 200 | 298.8706 | 59,774 | 11/25/2024 | 200 | 217.555 | 43,511 | (16,263) | |
| 9/17/2024 | 200 | 298.8706 | 59,774 | 11/26/2024 | 200 | 211.4867 | 42,297 | (17,477) | |
| 9/17/2024 | 100 | 295.9804 | 29,598 | 11/26/2024 | 100 | 211.4867 | 21,149 | (8,449) | |
| 9/17/2024 | 100 | 295.9804 | 29,598 | 11/26/2024 | 100 | 212.35 | 21,235 | (8,363) | |
| 9/15/2023 | 1,500 | 262.5751 | 393,863 | Retained | 1,500 | 189.4461 | 284,169 | (109,694) | |
| 9/15/2023 | 200 | 261.953 | 52,391 | Retained | 200 | 189.4461 | 37,889 | (14,501) | |
| 9/18/2023 | 700 | 263.4911 | 184,444 | Retained | 700 | 189.4461 | 132,612 | (51,832) | |
| 9/18/2023 | 600 | 262.8371 | 157,702 | Retained | 600 | 189.4461 | 113,668 | (44,035) | |
| 9/18/2023 | 500 | 263.4624 | 131,731 | Retained | 500 | 189.4461 | 94,723 | (37,008) | |
| 9/19/2023 | 800 | 263.3943 | 210,715 | Retained | 800 | 189.4461 | 151,557 | (59,159) | |
| 9/19/2023 | 500 | 262.8808 | 131,440 | Retained | 500 | 189.4461 | 94,723 | (36,717) | |
| 9/20/2023 | 900 | 263.4167 | 237,075 | Retained | 900 | 189.4461 | 170,501 | (66,574) | |
| 9/20/2023 | 400 | 261.8345 | 104,734 | Retained | 400 | 189.4461 | 75,778 | (28,955) | |
| 9/20/2023 | 100 | 264.19 | 26,419 | Retained | 100 | 189.4461 | 18,945 | (7,474) | |
| 9/21/2023 | 800 | 251.1258 | 200,901 | Retained | 800 | 189.4461 | 151,557 | (49,344) | |
| 9/21/2023 | 700 | 254.5606 | 178,192 | Retained | 700 | 189.4461 | 132,612 | (45,580) | |
| 9/21/2023 | 600 | 251.9536 | 151,172 | Retained | 600 | 189.4461 | 113,668 | (37,505) | |
| 9/21/2023 | 100 | 255.095 | 25,510 | Retained | 100 | 189.4461 | 18,945 | (6,565) | |
| 9/22/2023 | 600 | 250.7043 | 150,423 | Retained | 600 | 189.4461 | 113,668 | (36,755) | |
| 9/22/2023 | 200 | 250.5931 | 50,119 | Retained | 200 | 189.4461 | 37,889 | (12,229) | |
| 9/25/2023 | 1,200 | 251.0614 | 301,274 | Retained | 1,200 | 189.4461 | 227,335 | (73,938) | |
| 9/26/2023 | 300 | 248.2794 | 74,484 | Retained | 300 | 189.4461 | 56,834 | (17,650) | |
| 9/27/2023 | 600 | 247.0915 | 148,255 | Retained | 600 | 189.4461 | 113,668 | (34,587) | |
| 9/27/2023 | 500 | 246.645 | 123,323 | Retained | 500 | 189.4461 | 94,723 | (28,599) | |
| 9/28/2023 | 500 | 248.0716 | 124,036 | Retained | 500 | 189.4461 | 94,723 | (29,313) | |
| 9/28/2023 | 300 | 246.754 | 74,026 | Retained | 300 | 189.4461 | 56,834 | (17,192) | |
| 9/28/2023 | 200 | 247.4892 | 49,498 | Retained | 200 | 189.4461 | 37,889 | (11,609) | |
| 9/29/2023 | 500 | 246.7975 | 123,399 | Retained | 500 | 189.4461 | 94,723 | (28,676) | |
| 9/29/2023 | 100 | 246.25 | 24,625 | Retained | 100 | 189.4461 | 18,945 | (5,680) | |
| 10/2/2023 | 300 | 242.8716 | 72,861 | Retained | 300 | 189.4461 | 56,834 | (16,028) | |
| 10/2/2023 | 100 | 241.96 | 24,196 | Retained | 100 | 189.4461 | 18,945 | (5,251) | |
| 10/10/2023 | 500 | 239.5869 | 119,793 | Retained | 500 | 189.4461 | 94,723 | (25,070) | |
| 10/10/2023 | 500 | 241.3149 | 120,657 | Retained | 500 | 189.4461 | 94,723 | (25,934) | |
| 10/13/2023 | 500 | 246.3731 | 123,187 | Retained | 500 | 189.4461 | 94,723 | (28,464) | |
| 10/16/2023 | 600 | 245.4551 | 147,273 | Retained | 600 | 189.4461 | 113,668 | (33,605) | |
| 10/18/2023 | 800 | 229.0387 | 183,231 | Retained | 800 | 189.4461 | 151,557 | (31,674) | |
| 10/25/2023 | 600 | 225.8433 | 135,506 | Retained | 600 | 189.4461 | 113,668 | (21,838) | |
| 10/25/2023 | 200 | 227.1732 | 45,435 | Retained | 200 | 189.4461 | 37,889 | (7,545) | |
| 10/26/2023 | 600 | 239.4992 | 143,700 | Retained | 600 | 189.4461 | 113,668 | (30,032) | |
| 10/26/2023 | 100 | 240.8424 | 24,084 | Retained | 100 | 189.4461 | 18,945 | (5,140) | |
| 11/3/2023 | 800 | 260.3265 | 208,261 | Retained | 800 | 189.4461 | 151,557 | (56,704) | |
| 11/6/2023 | 600 | 258.5933 | 155,156 | Retained | 600 | 189.4461 | 113,668 | (41,488) | |
| 11/7/2023 | 700 | 259.5902 | 181,713 | Retained | 700 | 189.4461 | 132,612 | (49,101) | |
| 1/19/2024 | 600 | 254.6637 | 152,798 | Retained | 600 | 189.4461 | 113,668 | (39,131) | |
| 7/30/2024 | 700 | 332.0204 | 232,414 | Retained | 700 | 189.4461 | 132,612 | (99,802) | |
| 7/31/2024 | 300 | 334.9826 | 100,495 | Retained | 300 | 189.4461 | 56,834 | (43,661) | |
| 7/31/2024 | 200 | 331.9939 | 66,399 | Retained | 200 | 189.4461 | 37,889 | (28,510) | |
| 9/9/2024 | 500 | 297.9488 | 148,974 | Retained | 500 | 189.4461 | 94,723 | (54,251) | |
| 9/9/2024 | 200 | 297.6864 | 59,537 | Retained | 200 | 189.4461 | 37,889 | (21,648) | |
| 9/10/2024 | 700 | 281.9807 | 197,386 | Retained | 700 | 189.4461 | 132,612 | (64,774) | |
| 9/10/2024 | 500 | 283.7828 | 141,891 | Retained | 500 | 189.4461 | 94,723 | (47,168) | |
| 9/17/2024 | 600 | 295.9804 | 177,588 | Retained | 600 | 189.4461 | 113,668 | (63,921) | |
| | 30,000 | | 7,914,858 | | 30,000 | | 5,944,024 | (1,970,834) | |

**Grand Total: (1,970,834)**