UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| CHAN KWOK SHING, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 2:25-cv-00763-JS-ARL |
| | : | |
| | : | <u>CLASS ACTION</u> |
| Plaintiff, | : | |
| | : | NOTICE OF MOTION FOR |
| | : | APPOINTMENT AS LEAD PLAINTIFF |
| vs. | : | AND APPROVAL OF LEAD PLAINTIFF'S |
| | : | SELECTION OF LEAD COUNSEL |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

4934-1900-9589.v1

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, Roofers Local No. 149 Pension Fund (the "Pension Fund") will respectfully move this Court, pursuant to the Securities Exchange Act of 1934, 15 U.S.C.§78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), before the Honorable Arlene R. Lindsay of the United States District Court for the Eastern District of New York, located at 814 Federal Plaza, Central Islip, New York, 11722, for entry of an order: (1) appointing the Pension Fund as Lead Plaintiff pursuant to the PSLRA, 15 U.S.C. §78u-4, *et seq*.; and (2) approving the Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.[1]  In support of this Motion, the Pension Fund submits the accompanying Memorandum of Law, the Declaration of Samuel H. Rudman, and a [Proposed] Order.

DATED:  April 11, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

---

[1]     Counsel for the Pension Fund is aware of this Court's requirement that motion-related papers are not to be filed until the entire motion is fully briefed.  However, the PSLRA requires any class member, regardless of whether they filed a complaint, to file a motion no later than 60 days after publication of the notice.  *See* 15 U.S.C. §78u-4(a)(3)(A).  The notice in this case was published on February 10, 2025, and all motions are statutorily due by April 11, 2025.  Accordingly, to comply with the PSLRA, counsel respectfully requests waiver of compliance with Your Honor's requirement in this narrow instance.

- 1 -

4934-1900-9589.v1

Proposed Lead Counsel for Proposed Lead Plaintiff

ASHERKELLY
MICHAEL J. ASHER
25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
Telephone:  248/746-2710
masher@asherkellylaw.com

Additional Counsel

4934-1900-9589.v1