UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| —————————————————— x | | |
| CHAN KWOK SHING, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 2:25-cv-00763-JS-ARL |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | [PROPOSED] ORDER APPOINTING LEAD |
| vs. | : | PLAINTIFF AND APPROVING LEAD |
| | : | PLAINTIFF'S SELECTION OF LEAD |
| ICON PLC, STEPHEN CUTLER, and | : | COUNSEL |
| BRENDAN BRENNAN, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| —————————————————— x | | |

4911-4988-7797.v1

Having considered Roofers Local No. 149 Pension Fund's (the "Pension Fund") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. All securities class actions on behalf of purchasers of ICON plc securities subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

3. The Pension Fund is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4. The Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

   (a) the briefing and argument of any and all motions;

   (b) the conduct of any and all discovery proceedings including depositions;

   (c) settlement negotiations;

   (d) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

   (e) the preparation and filing of all pleadings; and

- 1 -

4911-4988-7797.v1

(f)     the supervision of all other matters concerning the prosecution or resolution of

the consolidated action.

IT IS SO ORDERED.

DATED:  _____     _____
THE HONORABLE ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE

- 2 -