UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

CHAN KWOK SHING, Individually and on    :    Civil Action No. 2:25-cv-00763-JS-ARL
Behalf of All Others Similarly Situated,    :
     :    <u>CLASS ACTION</u>
          Plaintiff,    :
     :    DECLARATION OF SAMUEL H.
     :    RUDMAN IN SUPPORT OF MOTION FOR
     vs.    :    APPOINTMENT AS LEAD PLAINTIFF
     :    AND APPROVAL OF LEAD PLAINTIFF'S
ICON PLC, STEPHEN CUTLER, and    :    SELECTION OF LEAD COUNSEL
BRENDAN BRENNAN,    :
     :
          Defendants.    :
     :

———————————————————————— x

4922-7304-6837.v1

I, SAMUEL H. RUDMAN, declare as follows:

1.     I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant Roofers Local No. 149 Pension Fund (the "Pension Fund") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of class action published in *Globe Newswire*, a national business-oriented wire service, on February 10, 2025;

Exhibit B:     The Pension Fund's Certification; and

Exhibit C:     Chart of the Pension Fund's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th day of April, 2025.

*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

- 1 -

4922-7304-6837.v1