# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|------------|------|-----------------|-------|----------------|--------------------|
| **Roofers Local No. 149 Pension Fund** | 08/16/2023 | 626 | $257.20 | $161,007.20 | held | 2,292 | $186.17 | $426,705.59 | |
| | 05/23/2024 | 277 | $319.15 | $88,404.55 | | | | | |
| | 05/24/2024 | 147 | $322.71 | $47,438.37 | | | | | |
| | 06/13/2024 | 228 | $316.05 | $72,059.40 | | | | | |
| | 07/15/2024 | 105 | $340.30 | $35,731.50 | | | | | |
| | 09/20/2024 | 65 | $300.30 | $19,519.50 | | | | | |
| | 12/10/2024 | 487 | $216.77 | $105,566.99 | | | | | |
| | 12/11/2024 | 357 | $213.26 | $76,133.82 | | | | | |
| **Movant's Total** | | **2,292** | | **$605,861.33** | | **2,292** | | **$426,705.59** | **($179,155.74)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $186.17 as of April 10, 2025 for common stock.

Prices listed are rounded up to two decimal places.