**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAN KWOK SHING, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-cv-00763-JS-ARL |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | |
| Defendants. | |
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-cv-01807-HG |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | |
| Defendants. | |

**NOTICE OF MOTION OF THE POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, THE TRUSTEES OF THE LOCAL 464A UNITED FOOD & COMMERCIAL WORKERS' UNION WELFARE SERVICE BENEFIT FUND, AND THE TRUSTEES OF THE WELFARE AND PENSION FUNDS OF LOCAL 464A – PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

PLEASE TAKE NOTICE that on a date and at such time as may be designated by the Court, before the Honorable Arlene R. Lindsay, at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, the Police & Fire Retirement System of the City of Detroit ("Detroit P&F") and the Trustees of the Local 464A United Food & Commercial Workers' Union Welfare Service Benefit Fund and the Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund (collectively, "Local 464A"), by and through their undersigned counsel, will respectfully move this Court for entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Detroit P&F and Local 464A as Lead Plaintiff in the above-captioned securities class actions; (2) approving their selection of Bleichmar Fonti & Auld LLP ("BFA") and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel for the Class; (3) consolidating the above-captioned securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) for any such further relief as the Court may deem just and proper.[1]

This motion is made on the grounds that Detroit P&F and Local 464A believe that they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.

---

[1] Detroit P&F and Local 464A understand that Rule 2.C.1. of the Court's Individual Practices states that "motion papers are not to be filed until the motion is fully briefed." However, Detroit P&F and Local 464A respectfully submit that it was not possible to comply with Rule 2.C.1. in this instance. The PSLRA sets a statutory deadline for all putative class members to file motions seeking to be appointed Lead Plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(A). Here, the deadline is April 11, 2025. What's more, under the statutory framework of the PSLRA, it was not possible for Detroit P&F and Local 464A to discern the identities of the other Lead Plaintiff movants (if any) in order to serve their motion papers meaningfully in advance of the April 11, 2025 deadline. As such, to comply with the PSLRA, Detroit P&F and Local 434A are filing their motion at this time, and respectfully request that the Court waive the requirements of Rule 2.C.1 in this instance.

Specifically, Detroit P&F and Local 464A believe they have the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $2.3 million in losses that they incurred on their investments in ICON plc ordinary shares during the Class Period. Detroit P&F and Local 464A also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class.

Finally, consolidation is appropriate under Rule 42(a) of the Federal Rules of Civil Procedure because the above-captioned actions present substantially similar factual and legal issues, and would further the interests of efficiency and judicial economy.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Detroit P&F and Local 464A respectfully request that the Court: (1) appoint them as Lead Plaintiff pursuant to the PSLRA; (2) approve their selection of BFA and Kessler Topaz as Lead Counsel for the Class; (3) consolidate the above-captioned actions; and (4) grant any such further relief as the Court may deem just and proper.

Dated: April 11, 2025            Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

_/s/ Javier Bleichmar_
Javier Bleichmar
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1341
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

-and-

2

Nancy A. Kulesa
Ross Shikowitz
75 Virginia Road
White Plains, New York 10603
Telephone: (914) 265-2991
Facsimile: (212) 205-3960
nkulesa@bfalaw.com
rshikowitz@bfalaw.com

*Counsel for Proposed Lead Plaintiff the Police
& Fire Retirement System of the City of
Detroit, and Proposed Lead Counsel for the
Class*

**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
Naumon A. Amjed
Darren J. Check
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for Proposed Lead Plaintiff the
Trustees of the Local 464A United Food &
Commercial Workers' Union Welfare Service
Benefit Fund, and the Trustees of the Welfare
and Pension Funds of Local 464A – Pension
Fund, and Proposed Lead Counsel for the
Class*

3