**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAN KWOK SHING, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, <br><br> Defendants. | Case No. 2:25-cv-00763-JS-ARL <br><br> CLASS ACTION |
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, <br><br> Defendants. | Case No. 2:25-cv-01807-HG <br><br> CLASS ACTION |

**[PROPOSED] ORDER APPOINTING THE POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, THE TRUSTEES OF THE LOCAL 464A UNITED FOOD & COMMERCIAL WORKERS' UNION WELFARE SERVICE BENEFIT FUND, AND THE TRUSTEES OF THE WELFARE AND PENSION FUNDS OF LOCAL 464A – PENSION FUND AS LEAD PLAINTIFF, APPROVING THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS**

Upon consideration of: (1) the Motion of the Police & Fire Retirement System of the City of Detroit ("Detroit P&F"), the Trustees of the Local 464A United Food & Commercial Workers' Union Welfare Service Benefit Fund and the Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund (collectively, "Local 464A") for appointment as Lead Plaintiff, approval of their selection of Lead Counsel, and consolidation of all related securities class actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Javier Bleichmar submitted herewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      Detroit P&F and Local 464A's Motion is **GRANTED.**

2.      Detroit P&F and Local 464A are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3.      Detroit P&F and Local 464A's selection of Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP and Kessler Topaz Meltzer & Check, LLP are **APPOINTED** as Lead Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.      This action shall be captioned "*In re ICON plc Securities Litigation*" and the file shall be maintained under Master File No. 2:25-cv-00763.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. ARLENE R. LINSDAY
UNITED STATES MAGISTRATE JUDGE