**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAN KWOK SHING, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-cv-00763-JS-ARL <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | |
| v. | |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | |
| Defendants. | |
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-cv-01807-HG <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | |
| v. | |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | |
| Defendants. | |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF THE POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, THE TRUSTEES OF THE LOCAL 464A UNITED FOOD & COMMERCIAL WORKERS' UNION WELFARE SERVICE BENEFIT FUND, AND THE TRUSTEES OF THE WELFARE AND PENSION FUNDS OF LOCAL 464A – PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF <u>LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS</u>**

I, Javier Bleichmar, declare as follows:

1.     I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the Motion filed by the Police & Fire Retirement System of the City of Detroit ("Detroit P&F"), the Trustees of the Local 464A United Food & Commercial Workers' Union Welfare Service Benefit Fund and the Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund ("Local 464A") for: (1) appointment as Lead Plaintiff; (2) approval of their selection of BFA and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") to serve as Lead Counsel for the Class; (3) consolidation of the above-captioned actions; and (4) any such further relief as the Court may deem just and proper.

2.     Attached as Exhibits A through G are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Certifications of Detroit P&F and Local 464A; |
| EXHIBIT B: | Charts reflecting the financial interest of Detroit P&F and Local 464A; |
| EXHIBIT C: | Joint Declaration of David Cetlinski and Richard Whalen in Support of the Motion of Detroit P&F and Local 464A for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Their Selection of Lead Counsel; |
| EXHIBIT D: | Notice of pendency of *Shing v. ICON plc*, No. 2:25-cv-00763-JS-ARL (E.D.N.Y.) published on February 10, 2025; |
| EXHIBIT E: | Notice of pendency of *Police and Fire Retirement System of the City of Detroit v. ICON plc*, No. 2:25-cv-01807-HG (E.D.N.Y.) published on April 2, 2025; |
| EXHIBIT F: | Firm Résumé of BFA; and |
| EXHIBIT G: | Firm Profile of Kessler Topaz. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of April 2025.

/s/ Javier Bleichmar
Javier Bleichmar