# EXHIBIT A

## CERTIFICATION

I, David Cetlinski, on behalf of Police & Fire Retirement System of the City of Detroit ("PFRSD"), as Executive Director of PFRSD, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of PFRSD.

2. I have reviewed the Complaint against ICON plc ("ICON") and others alleging violations of the federal securities laws and have authorized its filing.

3. PFRSD did not purchase or sell securities of ICON at the direction of counsel, or in order to participate in any private action under the federal securities laws.

4. PFRSD is willing to serve as a representative party on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.

5. PFRSD's transactions in the ICON securities that are the subject of the Complaint during the class period specified therein of July 27, 2023 through January 13, 2025 are reflected in Schedule A, attached hereto.

6. For securities retained, PFRSD owns and holds legal title to the securities that are the subject of this litigation. For securities sold, PFRSD owned and held legal title to the securities that are the subject of this litigation at all relevant times.

7. PFRSD has sought to serve as a representative party in a class action filed under the federal securities laws during the last three years, in the following:

- *In re ASML Holding N.V. Securities Litigation*, No. 1:24-cv-08664 (S.D.N.Y.)
- *The Police & Fire Retirement System City of Detroit v. Argo Group International Holdings, Inc.*, No. 1:22-cv-08971 (S.D.N.Y.)
- *In Re F45 Training Holdings, Inc. Securities Litigation,* No. 1:22-cv-01291 (W.D. Tex.)
- *In re Energy Transfer Securities Litigation*, No. 3:22-cv-02735 (N.D. Tex.)

1

8.      Beyond its *pro rata* share of any recovery, PFRSD will not accept payment for serving as a representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: ___March 31, 2025_____

_____
David Cetlinski
Executive Director
*Police & Fire Retirement System of the City of Detroit*

2

**SCHEDULE A**
TRANSACTIONS IN
ICON PLC

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 09/15/2023 | 4.00 | 261.71 | ($1,046.84) |
| Sale | 09/15/2023 | -4.00 | 261.71 | $1,046.84 |
| Purchase | 01/18/2024 | 1,200.00 | 251.12 | ($301,338.60) |
| Purchase | 03/13/2024 | 3,141.00 | 335.16 | ($1,052,731.91) |
| Sale | 03/13/2024 | -250.00 | 336.68 | $84,169.50 |
| Sale | 03/22/2024 | -100.00 | 331.49 | $33,148.68 |
| Purchase | 04/15/2024 | 921.00 | 304.22 | ($280,183.76) |
| Purchase | 04/19/2024 | 656.00 | 288.65 | ($189,353.35) |
| Purchase | 04/26/2024 | 583.00 | 306.51 | ($178,695.85) |
| Sale | 06/28/2024 | -334.00 | 313.47 | $104,698.98 |
| Sale | 06/28/2024 | -39.00 | 313.47 | $12,225.33 |
| Purchase | 09/11/2024 | 293.00 | 283.51 | ($83,068.34) |
| Purchase | 09/13/2024 | 348.00 | 300.75 | ($104,661.00) |
| Purchase | 09/18/2024 | 500.00 | 296.81 | ($148,404.30) |
| Purchase | 09/27/2024 | 673.00 | 285.50 | ($192,141.70) |
| Purchase | 09/30/2024 | 100.00 | 284.89 | ($28,489.21) |
| Purchase | 10/24/2024 | 1,301.00 | 237.99 | ($309,624.60) |
| Sale | 11/07/2024 | -980.00 | 218.86 | $214,485.05 |
| Sale | 11/21/2024 | -649.00 | 208.34 | $135,211.82 |
| Purchase | 12/03/2024 | 1,448.00 | 211.66 | ($306,483.68) |
| Sale | 12/24/2024 | -200.00 | 210.39 | $42,077.54 |
| Sale | 12/27/2024 | -750.00 | 212.20 | $159,153.08 |

**CERTIFICATION**

The Trustees of the Local 464A United Food & Commercial Workers' Union Welfare Service Benefit Fund and the Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund (collectively, "Local 464A") declare, as to the claims asserted under the federal securities laws, that:

1.      Local 464A did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any private action.

2.      Local 464A is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.      Local 464A's Class Period purchase and sale transactions in the ICON plc securities that are the subject of this action are attached in Schedule A.

4.      Local 464A has full power and authority to bring suit to recover for its investment losses.

5.      Local 464A has reviewed the facts and allegations of a complaint filed in this action.  Local 464A has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.      I, Richard Whalen, as Secretary-Treasurer of the Local 464A United Food & Commercial Workers' Union Welfare Service Benefit Fund and the Welfare and Pension Funds of Local 464A – Pension Fund, am authorized to make legal decisions, and execute this certification, on behalf of Local 464A.

7.      Local 464A intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.      Local 464A will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.      The Trustees of the Local 464A United Food & Commercial Workers' Union Welfare Service Benefit Fund and the Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund have sought to serve, but were not appointed, as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *Trustees of the Welfare & Pension Funds of Local 464A – Pension Fund, et al. v. Medtronic plc, et al.*, No. 22-cv-02197 (D. Minn.) (filed initial complaint; not appointed as lead plaintiff). Additionally, the Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund have sought to serve, but were not appointed, as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *Trustees of the Welfare & Pension Funds of Local 464A – Pension Fund v. Enphase Energy, Inc.*, No. 24-cv-09038 (N.D. Cal.) (filed initial complaint; did not move for appointment as lead plaintiff).

10.     Local 464A will not accept any payment for serving as a representative party on behalf of the class beyond Local 464A's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

**[REMAINDER INTENTIONALLY BLANK]**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___7th___ day of April 2025.

By: _____

Richard Whalen, Secretary-Treasurer of the Local 464A United Food & Commercial Workers' Union Welfare Service Benefit Fund and the Welfare and Pension Funds of Local 464A – Pension Fund

## SCHEDULE A

### Local 464A United Food & Commercial Workers' Union
### Welfare Service Benefit Fund

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Ordinary Shares | Buy | 6/10/2024 | 525 | $318.5255 |
| Ordinary Shares | Buy | 6/11/2024 | 1,156 | $317.1157 |
| Ordinary Shares | Buy | 6/12/2024 | 39 | $321.1700 |
| Ordinary Shares | Buy | 6/17/2024 | 801 | $316.4582 |
| Ordinary Shares | Buy | 6/28/2024 | 652 | $318.7332 |
| Ordinary Shares | Buy | 9/16/2024 | 95 | $294.9963 |
| Ordinary Shares | Buy | 9/17/2024 | 664 | $297.4255 |
| Ordinary Shares | Buy | 10/22/2024 | 113 | $289.1813 |
| Ordinary Shares | Buy | 11/15/2024 | 191 | $189.2200 |
| Ordinary Shares | Sell | 11/18/2024 | 4,236 | $185.9314 |

### Welfare and Pension Funds of Local 464A – Pension Fund

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Ordinary Shares | Buy | 6/10/2024 | 860 | $318.5255 |
| Ordinary Shares | Buy | 6/11/2024 | 1,894 | $317.1157 |
| Ordinary Shares | Buy | 6/12/2024 | 63 | $321.1700 |
| Ordinary Shares | Buy | 6/17/2024 | 1,311 | $316.4582 |
| Ordinary Shares | Buy | 6/28/2024 | 1,068 | $318.7332 |
| Ordinary Shares | Buy | 9/16/2024 | 156 | $294.9963 |
| Ordinary Shares | Buy | 9/17/2024 | 1,087 | $297.4255 |
| Ordinary Shares | Buy | 10/22/2024 | 190 | $286.0097 |
| Ordinary Shares | Sell | 11/18/2024 | 6,629 | $185.9314 |