# EXHIBIT B

Financial Interest Analysis for Detroit P&F and  Local 464A
Class Period: July 27, 2023 - January 13, 2025

**Police & Fire Retirement System of the City of Detroit - ICON plc Ordinary Shares  (LIFO)**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 7/27/2023 | 373.00 | | |
| None | | | | |
| *Total Class Period Sales Matching to Pre-Class Period Position* | | 0.00 | | $0.00 |
| Purchase | 9/15/2023 | 4.00 | $261.7100 | ($1,046.84) |
| Purchase | 1/18/2024 | 1,200.00 | $251.1155 | ($301,338.60) |
| Purchase | 3/13/2024 | 3,141.00 | $335.1582 | ($1,052,731.91) |
| Purchase | 4/15/2024 | 921.00 | $304.2169 | ($280,183.76) |
| Purchase | 4/19/2024 | 656.00 | $288.6484 | ($189,353.35) |
| Purchase | 4/26/2024 | 583.00 | $306.5109 | ($178,695.85) |
| Purchase | 9/11/2024 | 293.00 | $283.5097 | ($83,068.34) |
| Purchase | 9/13/2024 | 348.00 | $300.7500 | ($104,661.00) |
| Purchase | 9/18/2024 | 500.00 | $296.8086 | ($148,404.30) |
| Purchase | 9/27/2024 | 673.00 | $285.5003 | ($192,141.70) |
| Purchase | 9/30/2024 | 100.00 | $284.8921 | ($28,489.21) |
| Purchase | 10/24/2024 | 1,301.00 | $237.9897 | ($309,624.60) |
| Purchase | 12/3/2024 | 1,448.00 | $211.6600 | ($306,483.68) |
| *Total Class Period Purchases* | | 11,168.00 | | ($3,176,223.14) |
| Sale | 9/15/2023 | -4.00 | $261.7100 | $1,046.84 |
| Sale | 3/13/2024 | -250.00 | $336.6780 | $84,169.50 |
| Sale | 3/22/2024 | -100.00 | $331.4868 | $33,148.68 |
| Sale | 6/28/2024 | -334.00 | $313.4700 | $104,698.98 |
| Sale | 6/28/2024 | -39.00 | $313.4700 | $12,225.33 |
| Sale | 11/7/2024 | -980.00 | $218.8623 | $214,485.05 |
| Sale | 11/21/2024 | -649.00 | $208.3387 | $135,211.82 |
| Sale | 12/24/2024 | -200.00 | $210.3877 | $42,077.54 |
| Sale | 12/27/2024 | -750.00 | $212.2041 | $159,153.08 |
| *Total Class Period Sales Matching to Class Period Purchases* | | -3,306.00 | | $786,216.82 |
| Retained Shares [1] | | 7,862.00 | $185.4921 | $1,458,338.87 |

**Police & Fire Retirement System of the City of Detroit - ICON plc Ordinary Shares**
**Gain/(Loss) LIFO :**    ($931,667.45)

**Police & Fire Retirement System of the City of Detroit - ICON plc Ordinary Shares  (FIFO)**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 7/27/2023 | 373.00 | | |
| Sale | 9/15/2023 | -4.00 | $261.7100 | $1,046.84 |
| Sale | 3/13/2024 | -250.00 | $336.6780 | $84,169.50 |
| Sale | 3/22/2024 | -100.00 | $331.4868 | $33,148.68 |
| Sale | 6/28/2024 | -19.00 | $313.4700 | $5,955.93 |
| *Total Class Period Sales Matching to Pre-Class Period Position* | | -373.00 | | $124,320.95 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 9/15/2023 | 4.00 | $261.7100 | ($1,046.84) |
| Purchase | 1/18/2024 | 1,200.00 | $251.1155 | ($301,338.60) |
| Purchase | 3/13/2024 | 3,141.00 | $335.1582 | ($1,052,731.91) |
| Purchase | 4/15/2024 | 921.00 | $304.2169 | ($280,183.76) |
| Purchase | 4/19/2024 | 656.00 | $288.6484 | ($189,353.35) |
| Purchase | 4/26/2024 | 583.00 | $306.5109 | ($178,695.85) |
| Purchase | 9/11/2024 | 293.00 | $283.5097 | ($83,068.34) |
| Purchase | 9/13/2024 | 348.00 | $300.7500 | ($104,661.00) |
| Purchase | 9/18/2024 | 500.00 | $296.8086 | ($148,404.30) |
| Purchase | 9/27/2024 | 673.00 | $285.5003 | ($192,141.70) |
| Purchase | 9/30/2024 | 100.00 | $284.8921 | ($28,489.21) |
| Purchase | 10/24/2024 | 1,301.00 | $237.9897 | ($309,624.60) |
| Purchase | 12/3/2024 | 1,448.00 | $211.6600 | ($306,483.68) |
| **Total Class Period Purchases** | | **11,168.00** | | **($3,176,223.14)** |
| Sale | 6/28/2024 | -315.00 | $313.4700 | $98,743.05 |
| Sale | 6/28/2024 | -39.00 | $313.4700 | $12,225.33 |
| Sale | 11/7/2024 | -980.00 | $218.8623 | $214,485.05 |
| Sale | 11/21/2024 | -649.00 | $208.3387 | $135,211.82 |
| Sale | 12/24/2024 | -200.00 | $210.3877 | $42,077.54 |
| Sale | 12/27/2024 | -750.00 | $212.2041 | $159,153.08 |
| **Total Class Period Sales Matching to Class Period Purchases** | | **-2,933.00** | | **$661,895.87** |
| Retained Shares [1] | | 8,235.00 | $185.4921 | $1,527,527.42 |

**Police & Fire Retirement System of the City of Detroit - ICON plc Ordinary Shares Gain/(Loss) FIFO :**  ($986,799.85)

**The Trustees of the Local 464A United Food & Commercial Workers' Union Welfare Service Benefit Fund - ICON plc Ordinary Shares  (FIFO/LIFO)**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 7/27/2023 | 0.00 | | |
| Purchase | 6/10/2024 | 525.00 | $318.5255 | ($167,225.89) |
| Purchase | 6/11/2024 | 1,156.00 | $317.1157 | ($366,585.75) |
| Purchase | 6/12/2024 | 39.00 | $321.1700 | ($12,525.63) |
| Purchase | 6/17/2024 | 801.00 | $316.4582 | ($253,483.02) |
| Purchase | 6/28/2024 | 652.00 | $318.7332 | ($207,814.05) |
| Purchase | 9/16/2024 | 95.00 | $294.9963 | ($28,024.65) |
| Purchase | 9/17/2024 | 664.00 | $297.4255 | ($197,490.53) |
| Purchase | 10/22/2024 | 113.00 | $289.1813 | ($32,677.49) |
| Purchase | 11/15/2024 | 191.00 | $189.2200 | ($36,141.02) |
| **Total Class Period Purchases** | | **4,236.00** | | **($1,301,968.02)** |
| Sale | 11/18/2024 | -4,236.00 | $185.9314 | $787,605.41 |
| **Total Class Period Sales Matching to Class Period Purchases** | | **-4,236.00** | | **$787,605.41** |
| Retained Shares [1] | | 0.00 | $185.4921 | $0.00 |

**The Trustees of the Local 464A United Food & Commercial Workers' Union Welfare Service Benefit Fund - ICON plc Ordinary Shares Gain/(Loss) FIFO/LIFO :**  ($514,362.61)

**Trustees of the Welfare and Pension Funds of Local 464A - ICON plc Ordinary Shares  (FIFO/LIFO)**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 7/27/2023 | 0.00 | | |
| | | | | |
| Purchase | 6/10/2024 | 860.00 | $318.5255 | ($273,931.93) |
| Purchase | 6/11/2024 | 1,894.00 | $317.1157 | ($600,617.14) |
| Purchase | 6/12/2024 | 63.00 | $321.1700 | ($20,233.71) |
| Purchase | 6/17/2024 | 1,311.00 | $316.4582 | ($414,876.70) |
| Purchase | 6/28/2024 | 1,068.00 | $318.7332 | ($340,407.06) |
| Purchase | 9/16/2024 | 156.00 | $294.9963 | ($46,019.42) |
| Purchase | 9/17/2024 | 1,087.00 | $297.4255 | ($323,301.52) |
| Purchase | 10/22/2024 | 190.00 | $286.0097 | ($54,341.84) |
| | | | | |
| *Total Class Period Purchases* | | **6,629.00** | | **($2,073,729.32)** |
| | | | | |
| Sale | 11/18/2024 | -6,629.00 | $185.9314 | $1,232,539.25 |
| *Total Class Period Sales Matching to Class Period Purchases* | | **-6,629.00** | | **$1,232,539.25** |
| | | | | |
| Retained Shares [1] | | 0.00 | $185.4921 | $0.00 |

|  |  |
|---|---|
| **Trustees of the Welfare and Pension Funds of Local 464A - ICON plc Ordinary Shares Gain/(Loss) FIFO/LIFO :** | ($841,190.07) |
| | |
| **Local 464A Funds Total - ICON plc Ordinary Shares Gain/(Loss) FIFO/LIFO :** | ($1,355,552.68) |

| | |
|---|---|
| **Detroit P&F and  Local 464A - Ordinary Shares Gain / (Loss) LIFO :** | **($2,287,220.13)** |
| **Detroit P&F and  Local 464A - Ordinary Shares Gain / (Loss) FIFO :** | **($2,342,352.53)** |

[1] *Retained shares are valued at the average price from 1/14/2025 to 4/11/2025.*