# EXHIBIT D

![Robbins Geller Rudman & Dowd LLP logo]

**ATTORNEY ADVERTISEMENT**

*Source:* *Robbins Geller Rudman & Dowd LLP*

*February 10, 2025 20:30 ET*

# ICON INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against ICON PLC and Announces Opportunity for Investors with Substantial Losses to Lead the ICON Class Action Lawsuit

SAN DIEGO, Feb. 10, 2025 (GLOBE NEWSWIRE) -- **Robbins Geller Rudman & Dowd LLP** announces that purchasers of ICON PLC (NASDAQ: ICLR) ordinary shares between July 27, 2023 and October 23, 2024, inclusive (the "Class Period"), have until April 11, 2025 to seek appointment as lead plaintiff of the *ICON* class action lawsuit. Captioned *Shing v. ICON plc*, No. 25-cv-00763 (E.D.N.Y.), the *ICON* class action lawsuit charges ICON and certain of ICON's top executive officers with violations of the Securities Exchange Act of 1934.

**If you suffered substantial losses and wish to serve as lead plaintiff of the *ICON* class action lawsuit, please provide your information here:**

**https://www.rgrdlaw.com/cases-icon-plc-class-action-lawsuit-iclr.html**

**You can also contact attorneys J.C. Sanchez or Jennifer N. Caringal of Robbins Geller by calling 800/449-4900 or via e-mail at info@rgrdlaw.com.**

**CASE ALLEGATIONS**: ICON is a clinical research organization ("CRO").

The *ICON* class action lawsuit alleges that defendants throughout the Class period made false and/or misleading statements and/or failed to disclose that: (i) ICON was suffering from a material loss of business due to customer cost reduction measures and other widespread funding limitations impacting ICON's client base; (ii) ICON's purported Functional Service Provision ("FSP") and hybrid model offerings were insufficient to shield ICON from the adverse effects of a significant market downturn; (iii) the requests for proposals ICON received from its biotechnology customers during the Class Period were used in substantial part as price discovery tools, and thus were not indicative of underlying client demand; (iv) ICON's customers had canceled contracts, limited or reduced engagements, delayed clinical trial work, and/or failed to enter into new contracts with ICON for additional clinical trial work at historical rates once existing projects ended (or were scheduled to end) in 2024; (v) ICON's two largest customers were diversifying their CRO providers away from ICON; (vi) as a result of the above, ICON's reported net new business awards and book-to-bill metrics materially misrepresented client demand for ICON's services; and (vii) consequently, ICON was tracking materially below the 2024 revenue and EPS guidance issued during the Class Period and such guidance lacked a reasonable factual basis.

On October 23, 2024, ICON reported financial results for its third fiscal quarter of 2024, disclosing that ICON had generated quarterly revenues of just $2.03 billion, revealing a surprise "revenue shortfall" that significantly missed consensus estimates of $2.13 billion by more than $100 million. ICON further revealed that its quarterly net new business wins had declined sequentially to $2.3 billion during the quarter from $2.6 billion in the prior quarter and that ICON's book-to-bill ratio fell sequentially to 1.15, down from 1.22 in the prior quarter. During the corresponding conference call, ICON CEO, defendant Stephen Cutler, revealed that two of ICON's large pharmaceutical customers had materially curtailed upcoming FSP trial work due to ongoing cost containment measures, which he stated would continue to negatively impact ICON's financial performance going forward. On this news, the price of ICON ordinary shares fell more than 20% over two trading sessions.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

Case 2:25-cv-03763-HG    Document 29-4    Filed 04/11/25    Page 3 of 3 PageID #: 283

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased ICON ordinary shares during the Class Period to seek appointment as lead plaintiff in the *ICON* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *ICON* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *ICON* class action lawsuit. An investor's ability to share in any potential future recovery of the *ICON* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER**: Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities fraud cases. Our Firm has been #1 in the ISS Securities Class Action Services rankings for six out of the last ten years for securing the most monetary relief for investors. We recovered $6.6 billion for investors in securities-related class action cases – over $2.2 billion more than any other law firm in the last four years. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig*. Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

Contact:
Robbins Geller Rudman & Dowd LLP
J.C. Sanchez, Jennifer N. Caringal
655 W. Broadway, Suite 1900, San Diego, CA 92101
800-449-4900
**info@rgrdlaw.com**