UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ———————————————— x | |
| CHAN KWOK SHING, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 2:25-cv-00763-HG |
| Plaintiff, | CLASS ACTION |
| vs. | |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | |
| Defendants. | |
| ———————————————— x | |
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 2:25-cv-01807-HG |
| Plaintiff, | CLASS ACTION |
| vs. | |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | |
| Defendants. | |
| ———————————————— x | |

NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
(ECF 23)

4912-2186-6050

PLEASE TAKE NOTICE that Roofers Local No. 149 Pension Fund (the "Pension Fund")
hereby withdraws its motion for appointment as lead plaintiff (ECF 23).  This withdrawal is without
prejudice to the Pension Fund's ability to participate in any future recovery as a putative class
member.

DATED:  May 12, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

ASHERKELLY
MICHAEL J. ASHER
25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
Telephone:  248/746-2710
masher@asherkellylaw.com

Additional Counsel

- 1 -

4912-2186-6050