**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAN KWOK SHING, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-cv-00763-HG |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | |
| Defendants. | |
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-cv-01807-HG |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| ICON PLC, STEPHEN CUTLER, and BRENDAN BRENNAN, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF JAVIER BLEICHMAR IN FURTHER SUPPORT OF THE MOTION OF THE POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, THE TRUSTEES OF THE LOCAL 464A UNITED FOOD & COMMERCIAL WORKERS' UNION WELFARE SERVICE BENEFIT FUND, AND THE TRUSTEES OF THE WELFARE AND PENSION FUNDS OF LOCAL 464A – PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS, AND IN OPPOSITION TO COMPETING MOTIONS**

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this Supplemental Declaration in further support of the motion filed by the Police & Fire Retirement System of the City of Detroit ("Detroit P&F"), the Trustees of the Local 464A United Food & Commercial Workers' Union Welfare Service Benefit Fund and the Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund ("Local 464A") for: (1) appointment as Lead Plaintiff; (2) approval of their selection of BFA and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") to serve as Lead Counsel for the Class; (3) consolidation of the above-captioned actions; and (4) any such further relief as the Court may deem just and proper, and in opposition to the competing motions.

2.      Attached as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:      Chart of cases in which Public Employees' Retirement System of Mississippi has moved for appointment as lead plaintiff as part of a group of investors;

EXHIBIT B:      Chart of cases in which Roofers Local No. 149 Pension Fund has moved for appointment as lead plaintiff as part of a group of investors;

EXHIBIT C:      Joint Declaration filed by Public Employees' Retirement System of Mississippi in *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc.*, No. 25-cv-01851 (N.D. Ill. filed April 23, 2025), ECF No. 24-3; and

EXHIBIT D:      Memorandum of Law in support of lead plaintiff motion filed by

1

Public Employees' Retirement System of Mississippi in *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc.*, No. 25-cv-01851 (N.D. Ill. filed April 23, 2025), ECF No. 23.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of May 2025.

_/s/ Javier Bleichmar_____
Javier Bleichmar

2