# EXHIBIT A

| Case | Motion Date | Movant Group Including MPERS |
|---|---|---|
| **Group Motions Subsequent to Motion in *ICON*** | | |
| *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits v. Atkore, Inc.*, No. 25-cv-01851 (N.D. Ill.) | April 23, 2025 | Public Employees' Retirement System of Mississippi and 1199SEIU Health Care Employees Pension Fund |
| *United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund v. The Trade Desk, Inc.*, No. 25-cv-01396 (C.D. Cal.) | April 21, 2025 | Public Employees' Retirement System of Mississippi and Arkansas Public Employees' Retirement System |
| **Group Motions Prior to Motion in *ICON*** | | |
| *UA Local 38 Defined Contribution Pension Plan v. Seagate Technology Holdings plc*, No. 23-cv-03431 (N.D. Cal.) | September 8, 2023 | Public Employees' Retirement System of Mississippi and Arkansas Public Employees' Retirement System |
| *Schaeffer v. Signature Bank*, No. 23-cv-01921 (E.D.N.Y.) | May 15, 2023 | Public Employees' Retirement System of Mississippi and Wayne County Employees' Retirement System |
| *City of Warwick Retirement System v. Catalent, Inc.*, No. 23-cv-01108 (D.N.J.) | April 25, 2023 | Public Employees' Retirement System of Mississippi and SEB Investment Management AB **Appointed Lead Plaintiff** |
| *Cupat v. Palantir Technologies Inc.*, No. 22-cv-02384 (D. Colo.) | November 14, 2022 | Public Employees' Retirement System of Mississippi, New Mexico State Investment Council, and Public Employees Retirement Association of New Mexico |
| *Cambridge Retirement System v. Mednax, Inc.*, No. 18-cv-61572 (S.D. Fla.) | September 10, 2018 | Public Employees' Retirement System of Mississippi and Cambridge Retirement System |

| | | |
|---|---|---|
| *Government Employees' Retirement System of the Virgin Islands v. Wageworks, Inc.*, No. 18-cv-01523 (N.D. Cal.) | May 8, 2018 | Public Employees' Retirement System of Mississippi, Government Employees' Retirement System of the Virgin Islands, and Public Employees Retirement Association of New Mexico<br><br>**Appointed Lead Plaintiff** |
| *St. Lucie County Fire District Firefighters Pension Trust Fund v. Stericycle, Inc.*, No. 16-cv-07145 (N.D. Ill.) | September 12, 2016 | Public Employees' Retirement System of Mississippi and Arkansas Teacher Retirement System<br><br>**Appointed Lead Plaintiff** |
| *Bach v. Amedisys, Inc.*, No. 10-cv-00395 (M.D. La.) | August 9, 2010 | Public Employees' Retirement System of Mississippi and Puerto Rico Teachers' Retirement System<br><br>**Appointed Lead Plaintiff** |
| *Hill v. State Street Corp.*, No. 09-cv-12146 (D. Mass.) | February 17, 2010 | Public Employees' Retirement System of Mississippi and Union Asset Management Holding AG<br><br>**Appointed Lead Plaintiff** |
| *Zemprelli v. The Royal Bank of Scotland Group PLC*, No. 09-cv-00300 (S.D.N.Y.) | March 13, 2009 | Public Employees' Retirement System of Mississippi and Massachusetts Pension Reserves Investment Management Board<br><br>**Appointed Lead Plaintiff** |
| *Patel v. Satyam Computer Services Ltd.*, No. 09-cv-00093 (S.D.N.Y.) | March 9, 2009 | Public Employees' Retirement System of Mississippi, Sampension KP Livsforsikring A/S, and SKAGEN A/S<br><br>**Appointed Lead Plaintiff** |

2

| | | |
|---|---|---|
| *Lipetz v. Wachovia Corp.*, No. 08-cv-06171 (S.D.N.Y.) | August 8, 2008 | Public Employees' Retirement System of Mississippi, Fjärde AP-Fonden, and Maine Public Employees Retirement System |
| *Query v. Maxim Integrated Products, Inc.*, No. 08-cv-00832 (N.D. Cal.) | April 7, 2008 | Public Employees' Retirement System of Mississippi, Cobb County Government Employees' Pension Plan, and DeKalb County Pension Plan<br><br>**Appointed Lead Plaintiff** |
| *In re Schering-Plough Corp./Enhance Litigation*, No. 08-cv-00397 (D.N.J.) | March 18, 2008 | Public Employees' Retirement System of Mississippi, Arkansas Teacher Retirement System, Louisiana Municipal Police Employees' Retirement System, and Massachusetts Pension Reserves Investment Management Board<br><br>**Appointed Lead Plaintiff** |
| *Reimer v. Ambac Financial Group, Inc.*, No. 08-cv-00411 (S.D.N.Y.) | March 17, 2008 | Public Employees' Retirement System of Mississippi, Arkansas Teacher Retirement System, and Public School Teachers' Pension & Retirement Fund of Chicago<br><br>**Appointed Lead Plaintiff** |
| *Freudenberg v. E*Trade Financial Corp.*, No. 07-cv-08538 (S.D.N.Y.) | December 3, 2007 | Public Employees' Retirement System of Mississippi, AFA Livförsäkringsaktiebolag, AFA Sjukförsäkringsaktiebolag, AFA Trygghetsforsäkringsaktiebolag, and Kollektivavtalsstiftelsen TSL |
| *Abrams v. Dell Inc.*, No. 06-cv-00726 (W.D. Tex.) | November 13, 2006 | Public Employees' Retirement System of Mississippi, Pensionskassernes Administration A/S, Sjunde AP-Fonden, and Stichting Pensioenfonds ABP |

| | | |
|---|---|---|
| *Argento v. Coca-Cola Enterprises Inc.*, No. 06-cv-00275 (N.D. Ga.) | April 17, 2006 | Public Employees' Retirement System of Mississippi, Alameda County Employees' Retirement Association, City of Philadelphia Board of Pensions and Retirement, and Puerto Rico Government Employees Retirement System<br><br>**Appointed Lead Plaintiff** |
| *Berlin v. The Mills Corp.*, No. 06-cv-00077 (E.D. Va.) | March 21, 2006 | Public Employees' Retirement System of Mississippi and Iowa Public Employees' Retirement System<br><br>**Appointed Lead Plaintiff** |
| *In re General Motors Corp. Securities Litigation*, No. 05-cv-08088 (S.D.N.Y.) | November 18, 2005 | Public Employees' Retirement System of Mississippi, Activest Investmentgesellschaft mbH, Erste-Sparinvest Kapitalangegesellschaft m.b.H., and Fortis Investment Management N.V./S.A. |
| *In re Delphi Corp. Securities, Derivative & ERISA Litigation*, No. 05-md-01725 (E.D. Mich.) | May 6, 2005 | Public Employees' Retirement System of Mississippi, Oklahoma Law Enforcement Retirement System, San Diego City Employees' Retirement System, and Teachers' Retirement System of Oklahoma<br><br>**Appointed Lead Plaintiff** |