# EXHIBIT B

| Case | Motion Date | Movant Group Including Roofers |
|---|---|---|
| *City of Sterling Heights General Employees' Retirement System v. Prudential Financial, Inc.*, No. 12-cv-05275 (D.N.J.) | October 22, 2012 | Roofers Local No. 149 Pension Fund, Heavy & General Laborers' Locals 472 & 172 Pension Annuity Funds, and National Shopmen Pension Fund<br><br>**Appointed Lead Plaintiff** |
| *City of Sterling Heights General Employees' Retirement System v. Hospira, Inc.*, No. 11-cv-08332 (N.D. Ill.) | January 20, 2012 | Roofers Local No. 149 Pension Fund and Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds<br><br>**Appointed Lead Plaintiff** |