**BARRACK
RODOS &
BACINE**
ATTORNEYS AT LAW

Eleven Times Square
640 8th Avenue, 10th Floor
New York, NY 10036

215.963.0600

June 11, 2025

**VIA ECF**
Honorable Hector Gonzalez
United States District Court for the
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Shing v. ICON plc, et al.*, No. 25-cv-763 (HG); *Police and Fire Retirement System of the City of Detroit v. ICON plc*

Dear Judge Gonzalez:

As requested by Your Honor during the June 10, 2025 oral argument concerning the competing lead plaintiff motions in the above captioned actions, I am hereby filing as an attachment to this letter the demonstrative referred to during the hearing by Jeffrey W. Golan, counsel for the Public Employees Retirement System of Mississippi ("MPERS").

Respectfully submitted,

Michael A. Toomey

cc:    All Counsel of Record (via ECF)

PHILADELPHIA, PA  |  SAN DIEGO, CA  |  NEW YORK, NY  |  NEWARK, NJ
www.barrack.com