# COMPETING MOVANT GROUP'S

# EXHIBITS A & B (Annotated)

| Case | Motion Date | Movant Group Including MPERS | Distinction from Detroit P&F and Local 464A Case |
|---|---|---|---|
| **Group Motions Subsequent to Motion in ICON** | | | |
| *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits* v. *Atkore, Inc.*, No. 25-cv-01851 (N.D. Ill.) | April 23, 2025 | Public Employees' Retirement System of Mississippi and 1199SEIU Health Care Employees Pension Fund | Unopposed motion |
| *United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund v. The Trade Desk, Inc.*, No. 25-cv-01396 (C.D. Cal.) | April 21, 2025 | Public Employees' Retirement System of Mississippi and Arkansas Public Employees' Retirement System | Unopposed motion |
| **Group Motions Prior to Motion in ICON** | | | |
| *UA Local 38 Defined Contribution Pension Plan* v. *Seagate Technology Holdings plc*, No. 23-cv-03431 (N.D. Cal.) | September 8, 2023 | Public Employees' Retirement System of Mississippi and Arkansas Public Employees' Retirement System | **Appointed Lead Plaintiff** (their exhibit missed this) Group stipulation stated: "WHEREAS, as the only class members seeking appointment as Lead Plaintiff, Mississippi, Arkansas, and Universal are not seeking to collaborate for the purpose of aggregating their losses to supplant a competing movant;" |
| *Schaeffer v. Signature Bank*, No. 23-cv-01921 (E.D.N.Y.) | May 15, 2023 | Public Employees' Retirement System of Mississippi and Wayne County Employees' Retirement System | MPERS did not have largest financial interest and was not appointed |
| *City of Warwick Retirement System v. Catalent, Inc.*, No. 23-cv-01108 (D.N.J.) | April 25, 2023 | Public Employees' Retirement System of Mississippi and SEB Investment Management AB **Appointed Lead Plaintiff** | Unopposed motion |

1

| | | | |
|---|---|---|---|
| *Cupat v. Palantir Technologies Inc.*, No. 22-cv-02384 (D. Colo.) | November 14, 2022 | Public Employees' Retirement System of Mississippi, New Mexico State Investment Council, and Public Employees Retirement Association of New Mexico | Withdrew motion |
| *Cambridge Retirement System v. Mednax, Inc.*, No. 18-cv-61572 (S.D. Fla.) | September 10, 2018 | Public Employees' Retirement System of Mississippi and Cambridge Retirement System | MPERS motion rejected for series of reasons, including allegations of lawyer-driven group |
| *Government Employees' Retirement System of the Virgin Islands v. WageWorks, Inc.*, No. 18-cv-01523 (N.D. Cal.) | May 8, 2018 | Public Employees' Retirement System of Mississippi, Government Employees' Retirement System of the Virgin Islands, and Public Employees Retirement Association of New Mexico<br><br>**Appointed Lead Plaintiff** | Unopposed motion – and all co-movants represented by same counsel (BR&B) |
| *St. Lucie County Fire District Firefighters Pension Trust Fund v. Stericycle, Inc.*, No. 16-cv-07145 (N.D. Ill.) | September 12, 2016 | Public Employees' Retirement System of Mississippi and Arkansas Teacher Retirement System<br><br>**Appointed Lead Plaintiff** | Unopposed motion |
| *Bach v. Amedisys, Inc.*, No. 10-cv-00395 (M.D. La.) | August 9, 2010 | Public Employees' Retirement System of Mississippi and Puerto Rico Teachers' Retirement System<br><br>**Appointed Lead Plaintiff** | Undisputed largest individual and collective loss |
| *Hill v. State Street Corp.*, No. 09-cv-12146 (D. Mass.) | February 17, 2010 | Public Employees' Retirement System of Mississippi and Union Asset Management Holding AG<br><br>**Appointed Lead Plaintiff** | Unopposed motion except by non-movant who wanted Special Master appointed to control attorneys' fees |

2

| | | | |
|---|---|---|---|
| *Zemprelli v. The Royal Bank of Scotland Group PLC*, No. 09-cv-00300 (S.D.N.Y.) | March 13, 2009 | Public Employees' Retirement System of Mississippi and Massachusetts Pension Reserves Investment Management Board<br><br>**Appointed Lead Plaintiff** | Undisputed largest individual and collective loss |
| *Patel v. Satyam Computer Services Ltd.*, No. 09-cv-00093 (S.D.N.Y.) | March 9, 2009 | Public Employees' Retirement System of Mississippi, Sampension KP Livsforsikring A/S, and SKAGEN A/S<br><br>**Appointed Lead Plaintiff** | Undisputed largest individual and collective loss |
| *Lipetz v. Wachovia Corp.*, No. 08-cv-06171 (S.D.N.Y.) | August 8, 2008 | Public Employees' Retirement System of Mississippi, Fjärde AP-Fonden, and Maine Public Employees Retirement System | Withdrew motion |
| *Query v. Maxim Integrated Products, Inc.*, No. 08-cv-00832 (N.D. Cal.) | April 7, 2008 | Public Employees' Retirement System of Mississippi, Cobb County Government Employees' Pension Plan, and DeKalb County Pension Plan<br><br>**Appointed Lead Plaintiff** | Unopposed motion |
| *In re Schering-Plough Corp./Enhance Litigation*, No. 08-cv-00397 (D.N.J.) | March 18, 2008 | Public Employees' Retirement System of Mississippi, Arkansas Teacher Retirement System, Louisiana Municipal Police Employees' Retirement System, and Massachusetts Pension Reserves Investment Management Board<br><br>**Appointed Lead Plaintiff** | Unopposed motion |
| *Reimer v. Ambac Financial Group, Inc.*, No. 08-cv-00411 (S.D.N.Y.) | March 17, 2008 | Public Employees' Retirement System of Mississippi, Arkansas Teacher Retirement System, and Public School Teachers' | Undisputed largest individual and collective loss<br><br>Court opinion stated: "**These figures demonstrate that each individual member of** |

3

| | | Pension & Retirement Fund of Chicago<br><br>**Appointed Lead Plaintiff** | **the U.S. Pension Funds Group has a greater financial interest in the litigation than Inter-Local.** Accordingly, their wish to combine their efforts in the litigations – as opposed to making separate lead plaintiff motions – does not diminish the fact that they have a greater financial interest than Inter-Local. Thus, due to their collective (and individual) financial interests, the U.S. Pension Funds are the presumptive lead plaintiffs." |
|---|---|---|---|
| *Freudenberg v. E*Trade Financial Corp.*, No. 07-cv-08538 (S.D.N.Y.) | December 3, 2007 | Public Employees' Retirement System of Mississippi, AFA Livförsäkringsaktiebolag, AFA Sjukförsäkringsaktiebolag, AFA Trygghetsforsäkringsaktiebolag, and Kollektivavtalsstiftelsen TSL | Withdrew motion |
| *Abrams v. Dell Inc.*, No. 06-cv-00726 (W.D. Tex.) | November 13, 2006 | Public Employees' Retirement System of Mississippi, Pensionskassernes Administration A/S, Sjunde AP-Fonden, and Stichting Pensioenfonds ABP | Advocated for aggregation of losses and lost to largest individual investor |
| *Argento v. Coca-Cola Enterprises Inc.*, No. 06-cv-00275 (N.D. Ga.) | April 17, 2006 | Public Employees' Retirement System of Mississippi, Alameda County Employees' Retirement Association, City of Philadelphia Board of Pensions and Retirement, and Puerto Rico Government Employees Retirement System | Unopposed motion |

4

| | | **Appointed Lead Plaintiff** | |
|---|---|---|---|
| *Berlin v. The Mills Corp.*, No. 06-cv-00077 (E.D. Va.) | March 21, 2006 | Public Employees' Retirement System of Mississippi and Iowa Public Employees' Retirement System<br><br>**Appointed Lead Plaintiff** | Undisputed individual and collective loss under LIFO – BR&B representing IPERS |
| *In re General Motors Corp. Securities Litigation*, No. 05-cv-08088 (S.D.N.Y.) | November 18, 2005 | Public Employees' Retirement System of Mississippi, Activest Investmentgesellschaft mbH, Erste-Sparinvest Kapitalangegesellschaft m.b.H., and Fortis Investment Management N.V./S.A. | Advocated for aggregation of losses and lost to largest individual investor |
| *In re Delphi Corp. Securities, Derivative & ERISA Litigation*, No. 05-md-01725 (E.D. Mich.) | May 6, 2005 | Public Employees' Retirement System of Mississippi, Oklahoma Law Enforcement Retirement System, San Diego City Employees' Retirement System, and Teachers' Retirement System of Oklahoma<br><br>**Appointed Lead Plaintiff** | Unopposed motion<br><br>Response of group stated : **"The losses claims by … each [member of the group] were individually larger than the losses claims by the investors who filed the remaining eight motions…. Thus, Movants' determination to join together to prosecute these claims as lead plaintiffs was *not* motivated by a desire to aggregate their losses for the purpose of achieving the largest financial interest."** |

5