UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ——————————————— x | |
| IN RE ICON PLC SEC. LITIG. : | Civil Action No. 2:25-cv-00763-HG |
| : | |
| This Document Relates To: : | CLASS ACTION |
| : | |
| *Chan Kwok Shing v. ICON plc*, No. : | |
| 2:25-cv-00763-HG : | |
| : | |
| ——————————————— x | |

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P.
41(a)(1)(A)(i)

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Chan Kwok Shing hereby voluntarily dismisses his claims without prejudice to his ability to participate in this action as an absent class member.  The class's interests will continue to be represented by Court-appointed Lead Plaintiff and Lead Counsel.

DATED:  September 26, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
bcochran@rgrdlaw.com

Counsel for Chan Kwok Shing